**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IRONWORKERS NATIONAL PENSION PLAN, | ) | |
| | ) | |
| | ) | CASE #: 25 CV 9614 |
| | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | |
| | ) | |
| PEVIK CONSTRUCTION GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## C O M P L A I N T

Plaintiff, the IRON WORKERS NATIONAL PENSION PLAN, by its attorneys, MICHAEL J. MCGUIRE and the law firm of MARCO, MCGUIRE & ARREOLA, LLC complain of the Defendant, PEVIK CONSTRUCTION GROUP, INC., and allege as follows:

1. This action arises under Section 502 of the Employee Retirement Income Security Act (hereinafter referred to as "ERISA") and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). Jurisdiction is founded on the existence of questions arising thereunder.

2. The IRONWORKERS NATIONAL PENSION PLAN, (hereinafter referred to as the "INPP") receives contributions from numerous employers pursuant to Collective Bargaining Agreements between the employers and Ironworker Union's throughout the country.

3. The INPP is a multi-employer plan as defined under 29 U.S.C. § 1002.

4. The INPP is administered at 625 Enterprise Drive, Oak Brook, Illinois, 60523, and venue is proper in the Northern District of Illinois per 29 U.S.C. § 1132 (e).

5.     The Defendant is an employer engaged in an industry affecting commerce which entered into a Collective Bargaining Agreement ("CBA") with the Iron Workers Regional Shop Local 855.  **(Exhibit A)**.  The Defendant also entered into a participation agreement with the INPP which allows the Defendant to make contributions to the INPP on behalf of their non-bargained employees. (**Exhibit B**). The CBA and participation agreement binds the Defendant to the terms of the Trust Agreement which created the INPP Trust Fund.

6.     The CBA and Trust Agreement requires the Defendant to submit monthly reports listing the hours worked by its bargaining unit employees and non-bargained employees (hereinafter referred to as "monthly contribution reports") and to make concurrent payment of contributions to the INPP based upon the hours worked by said employees.

7.     The CBA and Trust Agreement also requires the Defendant to submit its books and records to a third-party auditor so that a fringe benefit compliance audit may take place. Plaintiffs are required to determine if the Defendant is in compliance with its obligations to contribute to Plaintiff under the CBA and Trust Agreements.

8.     The CBA and Trust Agreements provide that employers who do not timely pay fringe benefit contributions are also liable for liquidated damages, interest, reasonable attorney's fees, court costs, audit fees, and other reasonable costs incurred in the collection process.

9     The Defendant breached the provisions of the CBA and Trust Agreements by failing to submit timely reports and contributions to the INPP for all employees for the time period of October 2024 through the present.

10.     As a result of said breach, the Defendant is also liable to the plaintiff for the following ancillary damages:

a.   attorney fees and costs pursuant to 29 U.S.C. §1132(g)(2)(D); and either

      b.   liquidated damages and interest pursuant to the Trust Agreement and 29 U.S.C. §1132(g)(2)(B); or

      c.   double interest pursuant to E.R.I.S.A., 29 U.S.C. §1132(g)(2)(C).

WHEREFORE, Plaintiffs pray:

    A.    That the Defendant be ordered to submit all contributions shown to be due for the time period of October 2024 through the present.

    B.    That the Defendant be ordered to pay interest on the amount that is due pursuant to 29 U.S.C. §1132(g)(2)(B).

    C.    That the Defendant be ordered to pay interest or liquidated damages on any amount that is due pursuant to 29 U.S.C. §1132(g)(2)(C).

    D.    That the Defendant be ordered to pay the reasonable attorney fees and costs incurred by the Plaintiffs.

    E.    That Plaintiffs have such other and further relief as the Court deems just and equitable.

BY:    /s/ Michael J. McGuire

            Michael J. McGuire

Michael J. McGuire
ARDC#: 6290180
Marco, McGuire, & Arreola, LLC
1s443 Summit Ave., Suite 207
Oakbrook Terrace, IL 60181
(872) 206-8173
mmcguire@mma.law